IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BELK, VICTOR THOMAS, CYNTHIA CHUBB, CARMEN CONSOLINO, ANDRES GARCIA and ARETHA GERMANY,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. DART, in his individual capacity and official capacity as Sheriff of Cook County, Illinois, ZELDA WHITTLER, in her official and individual capacities, and the COUNTY OF COOK, a unit of local government as joint employer,<br><br>Defendants. | Case No. 17-cv-09011<br><br>The Honorable Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Sidney I. Schenkier<br><br>**Plaintiffs Demand Trial by Jury** |

### NOTICE OF SERVICE OF PLAINTIFFS' MIDP MANDATORY INITIAL DISCLOSURES

     Plaintiffs hereby give due notice, through undersigned counsel, Cass T. Casper, TALON LAW, LLC, that they have served this Notice and the required Mandatory Initial Disclosures under this Court's Mandatory Initial Discovery Standing Order on counsel of record for the Defendants on October 17, 2018 via electronic service to the email addresses as follows:

| | |
|---|---|
| Justin Leinenweber, Esq. | justin@ilesq.com |
| Ethan Emery White, Esq. | ewhite@emerylawltd.com |
| Michael Kuczwara, Jr., Esq. | mkuczwara@lanermuchin.com |
| Jeffrey Fowler, Esq. | jfowler@lanermuchin.com |
| Joseph Gagliardo, Esq. | jgagliardo@lanermuchin.com |

     Dated: October 17, 2018

        */s Cass T. Casper*
        _____
        Cass T. Casper
        One of Plaintiffs' Attorneys
        TALON LAW, LLC
        79 West Monroe Street, Suite 1213
        Chicago, Illinois 60603
        P: (312) 351-2478
        F: (312) 276-4930
        E: ctc@talonlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served this NOTICE OF SERVICE OF PLAINTIFFS' MIDP MANDATORY INITIAL DISCLOSURES and all accompanying documents on the below-listed attorneys by electronic mail on October 17, 2018.

| | |
|---|---|
| Justin Leinenweber, Esq. | justin@ilesq.com |
| Ethan Emery White, Esq. | ewhite@emerylawltd.com |
| Michael Kuczwara, Jr., Esq. | mkuczwara@lanermuchin.com |
| Jeffrey Fowler, Esq. | jfowler@lanermuchin.com |
| Joseph Gagliardo, Esq. | jgagliardo@lanermuchin.com |

*s/ Cass T. Casper*
_____
Cass T. Casper