IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN CONSOLINO, et al. | ) |
| | ) Case No. 17-cv-09011 |
| Plaintiffs, | ) |
| | ) Hon. Robert M. Dow, Jr. |
| v. | ) |
| | ) Magistrate Hon. Sidney I. Schenkier |
| THOMAS J. DART, et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To: Counsel of Record

Please take notice that on Wednesday, November 27, 2019, at 9:15 a.m., counsel for the Sheriff's Office Defendants shall appear before Judge Robert M. Dow, Jr. in the courtroom usually occupied by him at 219 South Dearborn St., Chicago, Illinois, and then and there present the Sheriff's Office Defendant's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION CONCERNING BIFURCATION.

Respectfully Submitted,

By: /s/ Justin L. Leinenweber
JUSTIN L. LEINENWEBER
Leinenweber Baroni & Daffada, LLC
120 N LaSalle St, Ste 2000
Chicago, IL 60602
(312) 380-6635
justin@ilesq.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certify that on November 19, 2019, I served the foregoing on all counsel of record via ECF.

                                                      /s/ Justin Leinenweber
                                                   *One of the Sheriff's Office Attorneys*