UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | No. 19 D 52 |
| Cass T. Casper ) | |
| ) | (Before the Executive Committee) |
| An Attorney ) | |

## ORDER

Cass T. Casper was admitted to this Court's General Bar on February 6, 2015 and Trial Bar on February 12, 2018. Mr. Casper was previously disciplined on two separate occasions—on January 17, 2020 and September 2, 2020—before the Court's Executive Committee ("Committee") in case number 19 D 52.

On March 21, 2023, the Illinois Supreme Court suspended Mr. Casper from the practice of law for one (1) year, effective April 11, 2023, and until further order of the Court with the suspension stayed after sixty (60) days by a two (2) year period of probation, subject to conditions.

Mr. Casper gave the Committee notice of the March 21, 2023 Illinois Supreme Court Order on March 27, 2023. In his letter, Mr. Casper notes that the suspension stems from events that have already been before the Committee in case number 19 D 52. The Committee finds that the April 6, 2023 Rule to Cause ordering Mr. Casper to respond within fourteen (14) days as to why this Court should not impose further discipline in addition to the discipline already imposed by this Court in case number 19 D 52 and by the Illinois Supreme Court in their March 21, 2023 order, was sent to Mr. Casper by email; and that Mr. Casper responded to the Rule to Show Cause on April 19, 2023.

IT IS THEREFORE ORDERED that after reviewing Mr. Casper's response, this Committee suspends Mr. Casper from the practice of law for one (1) year, effective April 11, 2023, and until further order of the Court with the suspension stayed after sixty (60) days by a two (2) year period of probation, subject to conditions.

IT IS FURTHER ORDERED that within twenty-one (21) days of the docketing of this order, Mr. Casper shall notify by certified mail, return receipt requested, all clients to whom Mr. Casper is responsible for pending matters before this Court of the fact that the attorney cannot continue to represent them.

IT IS FURTHER ORDERED that within thirty-five (35) days of the entry of this order, Mr. Casper shall email (ILNDAttorneyDiscipline@ilnd.uscourts.gov) to the Assistant to the Clerk of the Court a declaration stating that the attorney has so notified any clients, and indicating the address to which subsequent communications may be addressed; and shall keep and maintain records evidencing compliance with this order so that proof of compliance will be available if needed for any subsequent proceeding instituted by or against the attorney.

IT IS FURTHER ORDERED that the Clerk of the Court shall post this Order on the docket in every pending case which the attorney has filed an attorney appearance.

IT IS FURTHER ORDERED that the Clerk of Court shall cause of copy of this Citation to be emailed to Attorney Casper at ccasper@dispartilaw.com and his attorney Stephanie Stewart at sstewart@rsmdlaw.com.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated in Chicago, IL this 9th day of June, 2023